IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW BRADFORD ALLENDER**                                              **PLAINTIFF**

v.                                    Case No. 4:24-CV-00504-JM

**HEBER SPRINGS POLICE DEPARTMENT,** *ET AL*.                    **DEFENDANTS**

**ORDER**

Mr. Allender initiated this *pro se* case in April 2024 in Cleburne County, Arkansas Circuit Court against the Heber Springs Police Department and one of its officers Trey Jackson. *See Allender v. Heber Springs Police Dep.'t*, 12CV-24-92 (Cleburne County Docket Sheet). Defendants removed this case to federal court and moved for judgment on the pleadings. (Doc. 7, 10). After Mr. Allender did not respond, the Court directed him to indicate whether he intended to proceed with this lawsuit and to file a response to the motion for judgment on the pleadings by Wednesday, October 2, 2024. (Doc. 11). Mr. Allender was warned that failure to respond to the Court's Order would result in a dismissal for failure to prosecute. (*Id.*).

Mr. Allender has not responded, and the time to do so has passed. Accordingly, this case is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). Defendants' motion for judgment on the pleadings (Doc. 7) is denied as moot.

IT IS SO ORDERED this 8th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE