**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ANDREW BRADFORD ALLENDER**                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:24-CV-00504-JM**

**HEBER SPRINGS POLICE DEPARTMENT, *ET AL*.**                      **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 8th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE